IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-4041-01-CR-C-SOW |
| | ) | |
| RICKY CHRISTIAN HORSTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court is the Report and Recommendation (Doc. # 36) of United States Magistrate Judge William A. Knox regarding defendant Ricky Christian Horstman's entry of a plea of guilty. On October 10, 2008, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Count III of the indictment filed on August 23, 2007. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was knowledgeable and voluntary, and that the offense to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Horstman's plea of guilty shall be accepted and that defendant Horstman be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant.

    ___/s/ Scott O. Wright_____
    SCOTT O. WRIGHT
    Senior United States District Judge

Dated: ___10/17/2008_____